732

Commonwealth *v.* Noble, Appellant.

Submitted June 22, 1971. *Martin A. Ostrow,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Oliver, Appellant.

Submitted June 14, 1971. *Brenden E. Brett,* for appellant; *Mark Sendrow* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Olson, Appellant.

Submitted June 14, 1971. *Fred I. Noch,* Public Defender, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. Van Hoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.